UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAFAEL LAPONTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM, ROB RONTA, K.R. ZUETEL, JENNIFER SHAFFER, JAMES L. LANDRUM, SR.,<br><br>　　　　Defendants. | Case No.  1:24-cv-01222-HBK (PC)<br><br>ORDER TRANSFERING CASE TO SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA AND CLOSING CASE IN FRESNO DIVISION<br><br>(Doc. No.  7) |

　　　　Plaintiff John Rafael Laponte, a state prisoner, initiated this pro se action in the Northern District of California by filing a civil rights complaint under 42 U.S.C. § 1983 while incarcerated at Correctional Training Facility, Soledad, California.  (Doc. No. 7).  Because the Complaint alleges claims against the Governor of California and other high-level California state officials regarding the enactment and enforcement of legislation, the Northern District transferred this case to this Court in the Eastern District of California.  (Doc. No. 20).  Venue for this action, however, properly lies in the Sacramento Division of this Court.  *See* 28 U.S.C. §§ 1391(b); *see also Ziegler v. Indian River County*, 64 F.3d 470, 474 (9th Cir. 1995) (reviewing federal court jurisdiction and venue in a § 1983 action).  Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the correct division.  The Court finds it in the interests of justice to transfer this case to the

Sacramento Division under 28 U.S.C. § 1406(a) and Local Rule 120(f).

Accordingly, it is **ORDERED**:

1. The Clerk of Court is directed to transfer this action to the Sacramento Division of this Court and close the case in this division..

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This court defers ruling on plaintiff's request to proceed *in forma pauperis* (Doc. No. 6) to the transferee court.

Dated:   October 15, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE